PER CURIAM.
See McCray v. State, 699 So.2d 1366 (Fla.1997); State v. District Court of Appeal of Florida, First District, 569 So.2d 439 (Fla.1990); Hurtado v. Singletary, 708 So.2d 974 (Fla. 3d DCA 1998); Rodriguez v. State, 637 So.2d 934 (Fla. 2d DCA), rev. denied, 645 So.2d 454 (Fla.1994); Bourn v. State, 644 So.2d 131 (Fla. 1st DCA 1994).
Petition for Writ of Habeas Corpus DENIED.
DAUKSCH, W. SHARP and ANTOON, JJ., concur.